■ CYNTHIA J. THARAUD v. JAMES BROS. REALTY CO., INC., et al.— Motion granted, insofar as to extend the plaintiff-appellant's time to serve and file the record on appeal and appellant's points to and including March 29, 1960, with notice of argument for the May 1960 Term of this court, said appeal to be argued or submitted when reached. If the appellant fails to comply with the condition imposed, the respondents may enter an order dismissing the appeal without notice to the appellant. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ WITOLD RETINGER v. SWISSAIR TRANSPORT CO., LTD.— Motion to dismiss appeal granted, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ BREITENBACH CHEMISTS, INC., v. JAMES BENNET.— Motion for stay denied, with $10 costs, and the interim stay contained in the order to show cause, dated February 2, 1960, is vacated. Concur — Botein, P. J., Breitel, McNally, Stevens and Bastow, JJ.

# (February 18, 1960)

■ ALFRED B. WHITE, as Administrator of the Estate of THELMA E. WHITE, Deceased, Respondent, v. CHARLES D. JOHNSON, Appellant, et al., Defendants. — Judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH L. GOLDBERG, Also Known as JOSEPH L. MILLER, Appellant.— Order unanimously affirmed. No opinion. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS SMITH, Also Known as JOSEPH MILLER (True Name MAX RANDALL).— Order unanimously affirmed. No opinion. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ PHILADELPHIA NAIL & WIRE CO., INC., Respondent, v. FERRO UNION CORPORATION, Appellant.— Order and judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Stevens, JJ.

■ MARY KANISKY, Respondent, v. FANNIE FREEDMAN, Appellant.— Judgment unanimously reversed, on the facts, on the ground of excessiveness of the verdict and a new trial ordered, with costs to defendant-appellant, unless the plaintiff stipulates to reduce the verdict to the sum of $40,000, in which event the judgment, as so modified, is unanimously affirmed, with costs to defendant-appellant. Settle order on notice. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Stevens, JJ.